## H.B.S. CONTRACTORS v. CUMBERLAND BD. OF EDUCATION

No. 180PA96

Case below: 122 N.C.App. 49

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 30 July 1996. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 30 July 1996.

## IN RE JACKSON

No. 191P96

Case below: 122 N.C.App. 197

Petition by respondent (Bridget Walker) for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996.

## IN RE WALDREN

No. 516P95

Case below: 120 N.C.App. 646

Notice of appeal by respondent (Jinnell Waldren) (substantial constitutional question) dismissed ex mero motu 30 July 1996. Petition by respondent (Jinnell Waldren for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996. Petition by respondent (Jerry Waldren, Sr.) for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996.

## KING v. N.C. DEPT. OF TRANSPORTATION

No. 110P96

Case below: 121 N.C.App. 706

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 30 July 1996.

## METRIC CONSTRUCTORS, INC. v. HAWKER SIDDELEY POWER ENGINEERING

No. 122A96

Case below: 121 N.C.App. 530

Motion by defendant (Hawker Siddeley) to withdraw notice of appeal and petition for discretionary review allowed 25 July 1996.